UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZHOU YUANDA ENTERPRISE, CO., <br><br> Plaintiff, <br><br> v. <br><br> U.S. CUSTOMS & BORDER PROTECTION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 04-2111 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this 26 day of July, 2005, it is hereby

**ORDERED** that the Defendant's Motion for Summary Judgment [# 15] is **GRANTED**, and it is further

**ORDERED** that judgment is entered in favor of the Defendant.

**SO ORDERED.**



RICHARD J. LEON
United States District Judge

